UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLAIR A. NELSON, )<br>)<br>Defendant. ) | **INFORMATION** CR15-196SRN<br><br>(21 U.S.C. § 843(a)(3))<br>(21 U.S.C. § 843(d)(1)) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Obtaining a Controlled Substance by Fraud)

From in or about May of 2013 through in or about September of 2014, in the State and District of Minnesota, the defendant,

**BLAIR A. NELSON,**

knowingly and intentionally acquired and obtained possession of controlled substances, namely, hydrocodone, oxycodone, and amphetamines, by misrepresentation, fraud, forgery, deception, and subterfuge; that is, the defendant wrote prescriptions for these controlled substances indicating that the controlled substances were for the treatment and use of members of the defendant's family, when in fact the defendant intended to and did ingest the controlled substances himself.



SCANNED
JUL 0 2 2015
U.S. DISTRICT COURT MPLS

U.S. v. Blair A. Nelson

All in violation of Title 21, United States Code, Sections 843(a)(3) and 843(d)(1).

Dated:  July 2, 2015                           ANDREW M. LUGER
                                                United States Attorney

                                                _____
                                                BY:  THOMAS CALHOUN-LOPEZ
                                                Assistant United States Attorney
                                                Attorney ID No. 480908DC

2